

New Search   Expand All

| Case Number | Filed Date | County | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|---|
| 512017CA001198CAAXWS [2017CA001198CAAXWS] | 04/12/2017 | PASCO | Circuit Civil 3-D | OPEN | No | Yes |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 04/12/2017 | Other Civil | YES | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| MANSFIELD, DECLAN P | JUDGE | | |
| OLSON, STEVEN R | PLAINTIFF | GOODALL, REBBECCA ANN | 115344 |
| OLSON, VINCENZA | PLAINTIFF | GOODALL, REBBECCA ANN | 115344 |
| CALIBER HOME LOANS INC | DEFENDANT | CANN, EVE ALEXIS | 40808 |

**Dockets**

Page : 1    25

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 14 | 05/23/2017 | Affidavit Service Of SUMMONS SERVED ON CALIBER HOME LOANS INC 042717 | 1 |
| | 13 | 05/17/2017 | Motion For Extension Of Time FILED BY DEF | 3 |
| | 12 | 05/05/2017 | Notice Of Appearance AND DESIGNATION OF EMAIL ADDRESSES FILED BY EVE A CANN OBO CALIBER HOME LOANS INC | 2 |
| | 11 | 04/25/2017 | Summons Issued And Returned To CALIBER HOME LOANS INC ISSUED PROCESS SERVER | 2 |
| | 2 | 04/13/2017 | Judge: Assigned | |
| | 3 | 04/13/2017 | Civil Cover Sheet | 2 |
| | 5 | 04/13/2017 | Complaint DEMANDS JURY TRIAL | 12 |
| | 6 | 04/13/2017 | Attachment or Exhibit to Pleading "A" LETTER FROM CLAIBER HOME LOANS TO STEVEN R OLSON FILED BY PLTF | 1 |
| | 7 | 04/13/2017 | Request To Produce FILED BY PLTF | 9 |
| | 8 | 04/13/2017 | Request For Admissions FILED BY PLTF | 4 |
| | 9 | 04/13/2017 | Notice Of Serving Interrogatories To CALIBER HOME LOANS, INC | 17 |
| | 4 | 04/13/2017 | Copy Of UNISSUED SUMMONS | 2 |
| | 10 | 04/13/2017 | File Verified To This Point MC | |
| | 1 | 04/12/2017 | Case 512017CA001198CAAXWS Filed with Clerk on 4/12/2017 | |

**Judge Assignment History**

| Assigned Date | Withdraw Date | Judicial Officer | Type |
|---|---|---|---|
| 04/13/2017 | - | MANSFIELD, DECLAN P | |

**Court Events**

| Event Date | Judge | Docket Type | Location | Prosecutor | Defendant Attorney |
|---|---|---|---|---|---|
| No records found. | | | | | |

# EXHIBIT A

**Financial Summary**

| Financial Summary | | | |
|---|---|---|---|
| Assessment | Total: $410.00 | Paid to Date: $410.00 | Balance Due: $0.00 |
| Restitution | Total: $0.00 | Paid to Date: $0.00 | Balance Due: $0.00 |

| Financial Details | | | | | |
|---|---|---|---|---|---|
| Count | Assessment Due | Assessment Paid to Date | Restitution Due | Restitution Paid to Date | Last Payment Date |
|  | $410.00 | $410.00 | $0.00 | $0.00 | - |

**Reopen History**