IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT IN
AND FOR PASCO COUNTY, FLORIDA

STEVEN R. OLSON AND
VINCENZA OLSON, individually,

                                  Case No.

    Plaintiffs,

v.

CALIBER HOME LOANS, INC.,

    Defendant.
_____/

### PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT AND NOTICE OF FILING

TO: Caliber Home Loans, Inc.
    c/o CT Corporation System
    1200 S. Pine Island Rd.
    Plantation, FL 33324

    Pursuant to Fla. R. Civ. P. 1.280 and 1.340 of the Florida Rules of Civil Procedure, Plaintiffs propound to Defendant the attached interrogatories to be answered under oath and in writing within forty-five (45) days after service hereof.

                                  THE LYONS LAW GROUP, P.A.

                                  /s/ Rebbecca A. Goodall
                                  Andrew M. Lyons, Esq.
                                  Florida Bar No.: 0011288
                                  Rebbecca A. Goodall, Esq.
                                  Florida Bar No.: 0115344
                                  4103 Little Road
                                  New Port Richey, FL 34655
                                  (727) 375-8900
                                  (727) 375-2334 (fax)
                                  Email Service: pleadings@lyonslawgroup.com
                                  Attorneys for Plaintiffs,
                                  Steven R. Olson and Vincenza Olson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished to the below named addressee(s) by service of process, as follows:

Caliber Home Loans, Inc.
c/o CT Corporation System
1200 S. Pine Island Rd.
Plantation, FL 33324

/s/ Rebbecca A. Goodall
Rebbecca A. Goodall, Esq.

**Instructions**

1. IDENTIFY with regard to:

   a. A person(s) who is a natural person, means to set forth the following:
      i. The full legal name of the person;
      ii. If such person is not employed by you or is a former employee please provide the last known address and telephone number of any such person;
      iii. The nature and type of relationship between the Defendant and the person;

   b. A person(s) who is a corporate entity or other legal entity, means to set forth the following:
      i. The full legal name of the person;
      ii. The complete address and telephone number of the person;
      iii. The nature and type of relationship between the Defendant and the person;
      iv. A description of the entity (ex. C-Corporation, S-Corporation, Non-Profit Corporation, Limited Partnership, etc.)

   c. A document is a request to state the following, as applicable:
      i. The date of the document;
      ii. The type of document;
      iii. The names and present addresses of the person or persons who prepared the document and of the signers and addressors of the document;
      iv. The name of the employer or principal whom the signers, addressers and preparers were representing;
      v. The present location of the document;
      vi. The name and current business and home addresses of the present custodian of the original document, and any copies of it;
      vii. A summary of the contents of the document; and
      viii. If the original document was destroyed, the date and reason for or circumstances under which it was destroyed.

2. LIST means to set forth the information requested in a format and include:

   a. Any relevant dates and/or times regarding each item of information requested;
   b. Describe in detail the facts related to each item of requested information;
   c. The identity of every person that has knowledge of or related to, the facts set forth in paragraph (b) above;
   d. If you are asked to LIST documents of other tangible items, describe each item with sufficient particularity so that each item may be requested for production.

3. DESCRIBE means to set forth the following information at a minimum:

   a. As detailed a description about the requested information as the individual responding to this discovery can provide based upon any and all information

available to him/her after diligent inquiry and his/her compliance with the Florida Rules of Civil Procedure with respect to such inquiry;
b. The identity of any and all persons who have knowledge of the facts set forth in paragraph (a);
c. The source of the facts set forth as required in paragraph (a).

4. If you interpose an objection to providing the requested information please set forth the following:

   a. The entire basis for your objection including reference to any statutory, administrative rule/regulation, case law or common law authority for such an objection.
   b. If your objection is based upon the work product doctrine, set forth the following information:

      i. The entire basis for your objection including reference to any statutory, administrative rule/regulation, case law or common law authority for such an objection.
      ii. If your objection is based upon the work product doctrine, set for the following information:

         1. Whether or not the requested information exists and the general nature or such items (ex. tape recording of Plaintiff).
         2. IDENTIFY the individuals who have possession of the requested information.
         3. The date the requested information or items were created and the date same was obtained by you.

      iii. If any objection is made based upon acclaim of privilege as to any response, Defendant shall state the legal basis for the privilege Defendant is invoking and provide a default privilege log to support the invocation of such privilege.

      iv. Provide any and all information or items which fall within the scope of the request and against no objection is asserted or applicable.

5. If no date or time is specified, assume it to be a period beginning with the date in which this document is responded to extending through the period for three (3) years prior to that date.

6. These interrogatories and discovery requests are intended to cover all documents in Defendant's possession, or subject to their custody and control, regardless of location. If there are no such documents; then please so state. If there are such documents, please list and mark appended documents responsive to each request.

7. Each and every interrogatory and discovery request herein is deemed continuing in nature pursuant to the Federal Rules of Civil Procedure, and Defendant is obligated to seasonably amend and provide any updated information that renders the responses to one or more of these interrogatories and discovery requests, incomplete or inaccurate, and serve those amended responses upon the undersigned Plaintiff's counsel.

## Definitions

1. The "Account" refers to Defendant's account number, loan number, or reference number xxxxxx2653.

2. ANI (Automatic Number Identification)-ANI means the phone number you called from.

3. ANI II (Automatic Number Identifier II)-ANI II means a two digit code containing information about the type of phone number you called from such as landline, coin operated payphone, correctional institution, mobile phone, etc.

4. "ATDS" or "Automatic telephone dialing system(s)" means telephone equipment that has the capacity to store or produce telephone numbers to be called using a random or sequential number generator and/or dialing calls without human intervention as defined by the TCPA and FCC.

5. "Automated dialer(s)" means telephone equipment that has the capacity to store or produce telephone numbers to be called using a random or sequential number generator and/or dialing calls without human intervention.

6. "Cloud based" means a remote server in which a program or data can be stored and accessed via the internet.

7. "Collections" or "Collection Activity" refers to any and all attempts to collect monies allegedly owed with regard to consumer debts or accounts by whatever means, including but not limited to phone calls, letters, and posting accounts with Credit Reporting Agencies such as but not limited to TransUnion, Equifax, or Experian.

8. The "Complaint" refers to the most recent Complaint filed in the above styled action.

9. CPN (Calling Party Number, also sometimes referred to as CID-Caller ID, CLID-Calling Line Identification, and/or CNID-Calling Number ID)-This means the phone number you are calling from.

10. "DBA" means "doing business as" or a name of your business that you use and communicate to your customers or prospective customers that might differ from the corporate name.

11. The "Debt" refers to the amount of money allegedly owed by the Plaintiff on the Account.

12. Any references to "Defendant", "You", and "Your" means the named Defendant's corporation, Caliber Home Loans, Inc., banking institution, company, partnership, or anyone who engages in Collections on Defendant's behalf as an employee, representative, or agent of the Defendant.

13. The "Plaintiff" or "Plaintiffs" refers to the named Plaintiffs, Steven R. Olson and Vincenza Olson.

14. "Predictive dialer" means equipment and software that allows a party to initiate phone calls while Defendant's employees are talking to other consumers and includes a telephone control system that automatically calls a list of telephone numbers in sequence or random, screening out no-answers, busy signals, answering machines, cancelled calls and disconnected numbers while predicting at what point a human caller will be able to handle the next call.

15. "TCPA" means the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq., with all amendments.

16. "VOIP" means voice over internet protocol gateway system that allows the conversion of analog telephone audio signal to digital binary.

## INTERROGATORIES TO DEFENDANT

1. For each individual person, officer, employee, agent, or other entity answering or providing any information used by Defendant to answer any Interrogatory, state the first, last, and middle legal name, all DBA, fake, or alias name(s) used by this person, job title or capacity, business address and telephone number, home address and telephone number, and age.

2. Identify all persons known to Defendant to have personal knowledge of any facts or issues involved in this lawsuit, state the following: first, last, and middle legal name, all DBAs, fake, or alias name(s) used by this person, job title or capacity, business address and telephone number, home address and telephone number, and age.

3. Identify each document referred to or consulted by Defendants in the preparation of the Answers to these Interrogatories and discovery requests made within this entire document.

4. Identify and describe with particularity all training that Defendant provides or receives, in the area of debt collection activities, including but not limited to: the training content, timing, and duration, all documents and audio or visual materials used in such training, each person involved in providing such training and describe all documents, manuals, instructions, checklists, memorandum, restrictions or other documentation or instructions that Defendant is given, read, review, or otherwise use, regarding the collection of debts, along with disciplinary policy/policies for violating state and federal debt collection laws, and for violating other state or federal laws in the course of collecting debts of any kind.

5. Identify each and every phone number used when calling Plaintiff, including but not limited to: VOIP numbers, spoof numbers, land line numbers, tie lines, extensions, toll free numbers or any other number used in connecting with consumer where a debt is actively being collected on.

6. State whether or not, Defendant uses "in-house", "cloud based" or "third party," automated dialers, ATDS's and/or predictive dialers to contact consumers and / or third parties related to consumer and; for "in-house" dialers, please identify all machines and equipment by make, model, supporting systems including the hardware and software, if they are cloud based also include where this equipment is located/stationed, and if third party based also state the company name and address which made any telephone call in connection with Plaintiff's Account including but not limited to, Plaintiffs' telephone number(s) as well as those of called third parties.

7. Identify and describe fully any and all computerized, mechanical, manual, or other system(s) that Defendants use, maintain, or operate to record any and all mail, telephone, in-person, or other forms of communications, or attempted communications, with any persons in connection with the collection of Plaintiffs' Accounts including the type of communication, the target address/phone number, the dialing equipment used including Automated Telephone Dialing Systems, (ATDS), predictive dialers, pre-view mode software etc., (including type and location), who/what dialed the number, the substance of the communication, ANI/caller ID used, ANI II used, CPN used, as well as the date/time and what Defendants' policies and procedures are for operating such a system of records.

8. Identify whether any or all of the Defendants electronically record, or tape record, telephone calls by any means with any persons from whom they are collecting debts or alleged debts, and what steps are taken to preserve these recordings, identifying specifically whether or not any or all of the Defendants recorded any telephone call with the Plaintiff and whether or not these recordings have been preserved, and the current location and/or disposition of these recordings.

9. In the form of a chronology, identify and describe in detail and with particularity, the process, events, and circumstances under which the debt allegedly owed by Plaintiff was referred, placed, sold to or otherwise assigned to the Defendants for collection, identifying the chain of title, the original creditor and its successors full legal name, address, city, state and zip code, and telephone number, and all documents relevant to, related to, or reflecting such referral, placement or assignment.

10. Identify and describe each document, recording, ".pdf" file/document, CD, or similar documents and record retention devices or implements provided to Defendant on the date the alleged Account was assigned to Defendant which are related to Plaintiffs' Account.

11. Identify the business name, address, and telephone number of all persons, companies, corporations, or other entities who provided local or long distance telephone services or VOIP of any kind to Defendant, as well as identifying Defendant's account numbers for each such local and long distance or internet service provider, for a period of FOUR (4) YEARS before the date of Plaintiff's complaint to the present, and include all local or long distance telephone numbers used by Defendants when calling persons on Plaintiff's Account.

12. Identify all sources from where you obtained plaintiff's phone number, and explain the facts and circumstances (who, what, when, why, when and how) surrounding how you obtained Plaintiff's telephone numbers, and if applicable, identify the business name, address, and telephone number of all persons, companies, corporations, or other entities who provided skip-tracing, location, or similar services of any kind to Defendants' business, as well as identifying the telephone numbers and account numbers for each such service provider, for a period of FOUR (4) YEARS before the date of Plaintiff's complaint filing to the present.

13. Identify managing officers, employees and agents responsible for the corporate Defendant's Telephone Consumer Protection Act (TCPA), the FDCPA, the Florida Consumer Collection Practices Act, and other Florida collection laws compliance policies and procedures and detail any and all procedures in place for TCPA compliance regarding Defendant's in house auto dialer, Defendant's ATDS or the defendant's third party auto dialer vendors.

14. Identify all internal and external documents regarding Defendant's compliance or noncompliance with the Fair Debt Collection Practices Act, the Florida Consumer Collection Practices Act, and the Telephone Consumer Protection Act.

15. IDENTIFY all complaints made against You, in the form of formal lawsuits, complaints to any regulatory entity, as well as any other formal or informal complaint which You possess a record of, in the past (4) years, that contain allegations that You violated either the TCPA, the Federal Fair Debt Collection Practices Act, 15 U.S.C. 1592, et seq., or the Florida Consumer Collections Practices Act, related to directly to similar incidents as described as described in the Complaint.

16. IDENTIFY and describe each claim made under each liability policy in the last two years, including the date of the claim, claim number, the subject of the claim, the status of the claim, the resolution of the claim, and any amounts paid under each policy.

17.  IDENTIFY any notices that you have given to any insurer regarding Plaintiff's claim.

18.  IDENTIFY all persons other than Plaintiff with whom you communicated about the Plaintiff's Account, including consumer reporting agencies.

19.  If Defendant reported Plaintiff's Account to any credit bureau, identify the credit bureau and the date of each such report.

20. State with particularity all facts which support the denial of any request for admission with regard to Plaintiff's First Request for Admission (served contemporaneously with these Interrogatories) and with respect to the facts supporting thee denial of any of the aforementioned requests for admissions, please also:

   a. IDENTIFY persons with knowledge of the facts supporting the denial;

   b. DESCRIBE all documents that reflect or establish the facts supporting the denial.

21. Identify by name, position of employment and job responsibilities, home address, home telephone number, business address, business telephone number, all witnesses that Defendants intend to call or may call to testify at trial, and provide a detailed summary of the expected testimony of each such person.

Dated this _____ day of _____, _____.

By:_____
                  Signature

NAME:_____
TITLE:_____
ADDRESS:_____
                 _____

PHONE:_____

STATE OF _____

COUNTY OF _____

      BEFORE ME the undersigned authority, personally appeared _____, And who being duly sworn, deposes and says that the Answers to Plaintiffs' Interrogatories to Defendant herein are true and correct to the best of his/her knowledge and belief.

_____
Notary Public Signature
Notary Public Name:_____
Commission No.:_____